THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN SUGAR REFINING COMPANY and BROOKLYN COOPERAGE COMPANY, Respondents, v. JAMES J. SEXTON and Others, Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments of the City of New York, Appellants. Taxes 1933. THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN SUGAR REFINING COMPANY and BROOKLYN COOPERAGE COMPANY, Respondents, v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments,

Constituting the Board of Taxes and Assessments of the City of New York, Appellants. Taxes 1934. THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN SUGAR REFINING COMPANY and BROOKLYN COOPERAGE COMPANY, Respondents, v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments of the City of New York, Appellants. Taxes 1935.— In certiorari proceedings to review certain assessments, orders denying appellants' motions to quash the writs reversed upon the law, with ten dollars costs and disbursements, and motions granted, with ten dollars costs, on the authority of *People ex rel. Wash. Build. Co.* v. *Feitner* (163 N. Y. 384); *People ex rel. Zollikoffer* v. *Feitner* (172 id. 618); *People ex rel. Litchfield* v. *O'Donnel* (187 id. 536). Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur.